[No. 61894-6-I.   Division One.   May 4, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCEL SHOMARI GOODLOW, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 07-1-01621-2, Steven J. Mura, J., entered June 16, 2008. *Reversed* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Schindler, C.J., and Dwyer, J.

[No. 62053-3-I.   Division One.   May 4, 2009.]

*In the Matter of the Marriage of* KATRINA DEMOREST, *Appellant*, and JEFF DEMOREST, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-3-00352-9, Ira Uhrig, J., entered June 27, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler, C.J., and Dwyer, J.

[No. 62066-5-I.   Division One.   May 4, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. T.S.W., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-8-02166-3, Michael Hayden, J., entered July 15, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler, C.J., and Dwyer, J.

[No. 62124-6-I.   Division One.   May 4, 2009.]

MICHAEL BUSH, *Appellant*, v. NADGELIN CLIFFE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-3-03054-2, Harry J. McCarthy, J., entered July 18, 2008. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer, A.C.J., and Agid, J.